JOHN M. GENGA, SBN 125522
jgenga@gengalaw.com
GENGA & ASSOCIATES
16501 Ventura Blvd., Suite 400
Encino, CA  91436
(747) 231-3400 | Fax: (818) 474-7070

Attorneys for Defendant
DUB BROTHERS HOLDING CO., INC.

GERALD D. LANE JR., SBN 352470
gerald@jibraellaw.com
THE LAW OFFICES OF JIBRAEL S. HINDI
1515 NE 26th Street
Wilton Manors, FL  33305
(754) 444-7539

Attorneys for Plaintiff
ALEJANDRO HERNANDEZ GAVIDIA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO HERNANDEZ GAVIDIA, *individually and on behalf of all others similarly situated,*<br><br>    Plaintiff,<br><br>v.<br><br>DUB BROTHERS HOLDING COMPANY, INC. DBA TRADECRAFT FARMS,<br><br>    Defendant. | Case No. 3:26-cv-01501-GPC-DDL<br><br>JOINT MOTION TO CONTINUE DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT<br><br>ACTION FILED:  March 10, 2026 |

TO THE COURT:

WHEREAS, plaintiff filed this action on March 10, 2026;

WHEREAS, plaintiff served defendant with summons and the complaint herein on March 13, 2026;

WHEREAS, defendant was unable to retain counsel until April 6, 2026;

WHEREAS, due to the short period of time otherwise remaining to prepare a competent response to the complaint by its current due date of April 8, 2026, counsel for defendant has asked counsel for plaintiff to agree to an extension of fifteen (15) days to answer, move or otherwise plead in response to the complaint;

WHEREAS, in accordance with Loc. Civ. Rs. 2.1(a)(1) and 2.1(a)(3)(d), counsel for plaintiff has agreed to accommodate that request for cooperation; and

WHEREAS, this case has just commenced and no continuances of any kind for any purpose have been requested or granted previously;

NOW, THEREFORE, all parties hereto, by and through their respective attorneys of record, HEREBY STIPULATE, and respectfully jointly move the Court to order, that the deadline by which defendant must answer, move or otherwise plead in response to the complaint against it herein be continued for fifteen (15) days, from April 8 to April 23, 2026, on the basis that good cause exists for such extension as set forth in the foregoing recitals.

IT IS SO STIPULATED.

DATED: April 7, 2026

_____
John M. Genga
GENGA & ASSOCIATES
Attorneys for Defendant
DUB BROTHERS HOLDING CO., INC.

DATED: April 7 , 2026

_____
Gerald D. Lane Jr.
LAW OFFICES OF JIBRAEL S. HINDI
Attorneys for Plaintiff
ALEJANDRO HERNANDEZ GAVIDIA

-2-