UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ALEJANDRO HERNANDEZ GAVIDIA, *individually and on behalf of all others similarly situated,*

Plaintiff,

v.

DUB BROTHERS HOLDING COMPANY, INC. DBA TRADECRAFT FARMS,

Defendant.

Case No. 3:26-cv-01501-GPC-DDL

ORDER GRANTING JOINT MOTION TO CONTINUE DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT

Having reviewed the parties' joint motion to continue Defendant's deadline to respond to the complaint and for good cause shown, IT IS HEREBY ORDERED that the deadline by which defendant must answer, move or otherwise plead in response to the complaint against it herein be continued for fifteen (15) days, from April 8 to April 23, 2026.

IT IS SO ORDERED.

Dated:  April 8, 2026



Hon. Gonzalo P. Curiel
United States District Judge

Case No. 3:26-cv-01501-GPC-DDL